In the Matter of the Claim of CLARA PTASZYNSKI, Appellant, against AMERICAN SUGAR REFINING COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted October 2, 1950; decided October 5, 1950.

*Abraham Markhoff* for motion.
*Quintard Joyner* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the orders do not finally determine the proceeding within the meaning of the Constitution.